IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER and ROBERT JAHODA,<br><br>            Plaintiffs,<br><br>    v.<br><br>NULEAF NATURALS, LLC<br><br>            Defendant. | Case No. 2:21-cv-01393-MRH |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Jordan Gallacher and Robert Jahoda, by and through their undersigned counsel, and hereby advise this Honorable Court that they have reached an agreement in principle with Defendant, Nuleaf Naturals, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Date: January 7, 2022

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Attorney for Plaintiffs*