IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORDAN GALLACHER and ROBERT JAHODA,<br><br>               Plaintiffs,<br><br>v.<br><br>NULEAF NATURALS, LLC<br><br>               Defendant. | Case No. 2:21-cv-01393-MRH |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Jordan Gallacher and Robert Jahoda hereby voluntarily dismiss with prejudice their claims against Defendant Nuleaf Naturals, LLC.

Date: March 2, 2022

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Attorney for Plaintiffs*

AND NOW, this 2d day of March, 2022
IT IS SO ORDERED.

[signature]
UNITED STATES DISTRICT JUDGE